UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRY MICHAELS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>FLORIDA COASTAL SCHOOL OF LAW,<br><br>        Defendant(s). | Case No. 2:15-cv-00642-GMN-NJK<br><br>ORDER<br><br>(Docket No. 6) |

Pending before the Court is Defendant's motion for waiver of Local Rule IA 10-2(a)(5) and (d). Docket No. 6. Defendant represents that "due to the nature of this case and the likelihood that it will be dismissed or the proceedings will be stayed, requiring Florida Coastal to retain [local] counsel would be unduly prejudicial." *Id.*, at 2. Defendant provides two reasons in support of its motion: (1) "the case will likely be dismissed for lack fo subject matter jurisdiction;" and (2) "Florida Coastal has already been required to expend a substantial amount of time and resources defending against Plaintiff's claims." *Id.*, at 3.

Pursuant to Local Rule 1A 3-1, "[t]he Court may . . . on motion change, dispense with, or waive any of these Rules if the interests of justice so require."  The pending motion does not demonstrate that requiring Florida Coastal to retain local counsel would be unduly prejudicial. Accordingly, Defendant's motion for waiver (Docket No. 6) is hereby **DENIED**.

IT IS SO ORDERED.

DATED: May 11, 2015

                                                                           _____
                                                                           NANCY J. KOPPE
                                                                           United States Magistrate Judge